No. 1160. YICK CHIN v. IMMIGRATION AND NATURAL-IZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for respondent.

No. 1376. MILGRAM ET AL. v. OLD COLONY TRUST CO. ET AL. C. A. 3d Cir. Certiorari denied. *David Berger* and *Herbert B. Newberg* for petitioners. *Henry W. Sawyer III* for respondents Old Colony Trust Co. et al.

No. 1390. JONES ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter A. Raymond* and *Kenneth C. West* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Grant W. Wiprud* for the United States.

No. 1406. WESTWARD COACH MANUFACTURING CO., INC., ET AL. v. FORD MOTOR CO. C. A. 7th Cir. Certiorari denied. *John P. Price* for petitioners. *Harry T. Ice* and *John R. Spielman* for respondent.

No. 1392. GUTHRIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *William B. McCollough, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1397. CATER ET AL. v. GORDON TRANSPORT, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Samuel C. Gainsburgh* for petitioners. *Edward Donald Moseley* for respondents.